UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

CASE NO.: 1:24-cv-2475

MORGAN HOWARTH,

        Plaintiff,

v.

BARTS REMODELING INC.,

        Defendant,

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff MORGAN HOWARTH by and through his undersigned counsel, brings this Complaint against Defendant BARTS REMODELING INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff MORGAN HOWARTH ("Howarth") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Howarth's original copyrighted Work of authorship.

2. With his signature style, Howarth creates art out of space using carefully coordinated compositions and lighting. The rich and illustrative look in his architecture photos comes from meticulously combining a multitude of separately lit images into one perfect shot. No matter what, he's willing to take on the challenge; such as turning night into day, winter into summer and dull into excitement. And when it comes to bringing out a space's true personality and details, there's no one better. Throughout his lengthy career, Morgan has photographed hundreds of interiors and exteriors for a host of clients - and has loved every minute of it.

Photography has exposed Morgan to beautiful places and creative people, but he still considers the best part of any assignment to be that final "Wow!" from a client.

3. Defendant BARTS REMODELING INC. ("Barts Remodeling") is a home remodeling and construction company. At all times relevant herein, Barts Remodeling owned and operated the internet website located at the URL https://chicagohomeremodeler.com/ (the "Website").

4. Howarth alleges that Defendant copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities. Barts Remodeling committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Barts Remodeling's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Illinois.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Barts Remodeling engaged in infringement in this district, Barts Remodeling resides in this district, and Barts Remodeling is subject to personal jurisdiction in this district.

## DEFENDANT

9. Barts Remodeling Inc. is an Illinois Limited Liability Company, with its principal place of business at 1580 North Northwest Highway, Suite 221B, Park Ridge, IL, 60068, and can

be served by serving its Registered Agent, BM Taxes & Accounting PC, at 7324 W. Lawrence Avenue, Harwood Heights, Illinois 60706.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2015, Howarth created the photograph entitled "8200_Kerry_Sun_Room_Exterior_F.jpg," which is shown below and referred to herein as the "Work".



11. Howarth registered the Work with the Register of Copyrights on December 31, 1899, and was assigned registration number VA 1-966-326. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Howarth's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Howarth was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY BARTS REMODELING

14. Barts Remodeling has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Barts Remodeling copied the Work.

16. On or about August 29, 2022, Howarth discovered the unauthorized use of his Work on the Website. Barts Remodeling used the Work on the Website in a section titled "Additions," promoting building an addition to your home.

17. Barts Remodeling copied Howarth's copyrighted Work without Howarth's permission.

18. After Barts Remodeling copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

19. Barts Remodeling copied and distributed Howarth's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Howarth's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. Barts Remodeling committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Howarth never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

23. Howarth notified Barts Remodeling of the allegations set forth herein on December 22, 2022. To date, the parties have failed to resolve this matter.

COUNT I
COPYRIGHT INFRINGEMENT

24. Howarth incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

25. Howarth owns a valid copyright in the Work at issue in this case.

26. Howarth registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Barts Remodeling copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

28. Barts Remodeling performed the acts alleged in the course and scope of its business activities.

29. Defendant's acts were willful.

30. Howarth has been damaged.

31. The harm caused to Howarth has been irreparable.

WHEREFORE, the Plaintiff MORGAN HOWARTH prays for judgment against the Defendant BARTS REMODELING INC. that:

  a. Barts Remodeling and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

  b. Barts Remodeling be required to pay Howarth his actual damages and Defendant's profits attributable to the infringement, or, at Howarth's election, statutory damages, as provided in 17 U.S.C. § 504

  c. Howarth be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

  d. Howarth be awarded pre- and post-judgment interest; and

  e. Howarth be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Howarth hereby demands a trial by jury of all issues so triable.

DATED: March 27, 2024    Respectfully submitted,

    */s/ Craig A. Wirth*
    CRAIG A. WIRTH
    Craig.wirth@sriplaw.com
    J. CAMPBELL MILLER
    Campbell.miller@sriplaw.com
    JOEL B. ROTHMAN
    joel@sriplaw.com

    **SRIPLAW, P.A.**
    21301 Powerline Road
    Suite 100
    Boca Raton, FL 33433
    561.404.4350 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff Morgan Howarth*